MICHAEL L. HUMISTON, USB#6749
Attorney for Plaintiff
23 West Center Street
P.O. Box 486
Heber City, Utah 84032
Tel: (435) 654-1152

FILED
U.S. DISTRICT COURT

2008 JAN 24 P 4: 34

DISTRICT OF UTAH

BY:_____
　　DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| JOHN BURKE,<br>　　　　Plaintiff<br><br>vs.<br><br>NANCY WOODSIDE, HARVEY E. "DON" WORLEY, GEORGE W. BENCH, RUSTY BENCH, LEE R. SORENSEN, CHAD JOHNSON, SPENCER SWAPP, DAVID NUTTALL,<br>　　　　Defendants | **CIVIL COMPLAINT UNDER 42 U.S.C. §1983**<br>(Jury Trial Requested)<br><br>Case: 2:08cv00069<br>Assigned To : Benson, Dee<br>Assign. Date : 1/24/2008<br>Description: Burke v Woodside et al |

### JURISDICTION AND RELIEF SOUGHT

This is an action for damages under 42 U.S.C. §1983 against persons acting under color of law who have deprived a citizen of the United States of rights, privileges, and immunities secured by the Constitution and laws of the United States.

### VENUE

Defendant Nancy Woodside is believed to be a resident of Utah County, State of Utah. The Remaining Defendants are residents of Sanpete County, State of Utah. Pursuant to 28 U.S.C. §1391(b), venue is proper in the United States District Court for the District of Utah.

2

## PARTIES

Plaintiff John Burke is a resident of Fairview City, Sanpete County, State of Utah.

Defendant Nancy Woodside was the City Administrator for Fairview City during the period in question.

Defendant Don Worley was the mayor of Fairview City during the period in question.

Defendants George Bench, Rusty Bench, Lee Sorenson, Chad Johnson, and Spencer Swapp were members of the Fairview City Council during the period in question.

Defendant David Nuttall was the director of the Fairview City Sewer Department during the period in question.

## FACTS

1. Plaintiff owns real property located at 44 West 100 South in Fairview City, Sanpete County, State of Utah.

2. In or about the latter part of 2003, the Defendants expressed an intention to install a sewer line across the Plaintiff's property.

3. U.S. Highway 89 constitutes Main Street in Fairview. It is a north-south thoroughfare.

4. The proposed sewer line was intended to connect several properties fronting on the west side of Main Street with a sewer main running east-west beneath 100 South.

5. The sewer line could easily have been run through the western portion of the properties along Main Street to 100 South without entering the Plaintiff's property. In fact, a small driveway, east of Plaintiff's property, runs along most of the route between the properties on Main Street and the sewer main on 100 South.

3

6. Another parcel of property lies to the west of Plaintiff's property. The sewer line could also have been run past the north of Plaintiff's property and south through the property west of Plaintiff's property.

7. On numerous occasions, the Plaintiff informed the Defendants that he would not consent to a right-of-way across his property.

8. On numerous occasions prior to January, 2004, the Plaintiff has raised constitutional objections to various proposals undertaken by the Defendants.

9. In or about January, 2004, Defendant Nuttall asked Defendant Woodside how the City could install a sewer line across the Plaintiff's property without his permission.

10. Defendant Woodside responded, "We don't need his permission," "It's easier to get forgiveness than permission," "That fat old geezer has been a thorn in our side forever," and "Don't get his permission. Just go do the thing."

11. At Defendant Woodside's direction, Defendant Nuttall "just went and did the thing," and the sewer line was installed across the Plaintiff's property.

12. On January 28, 2004, subsequent to installing the sewer line, Defendants commenced an eminent domain action against the Plaintiff in the Sixth District Court for Sanpete County, State of Utah.

13. Plaintiff attempted to oppose the action pro se, but was ultimately unsuccessful.

14. Plaintiff is elderly.

15. In consequence of the strain and stress placed upon the Plaintiff by the Defendants' actions, the Plaintiff's health has deteriorated substantially. He is no longer a "fat" old geezer.

4

16. The Defendants acted out of malice against the Plaintiff, and in retaliation for his previous opposition and constitutional objections to their activities.

17. The Defendants committed the foregoing acts while acting under color of their capacity as municipal officers of Fairview City and under color of the State's imminent domain procedures.

18. The acts of the Defendants in retaliating against the Plaintiff and installing the sewer line prior to commencing an imminent domain proceeding against him were outside the lawful scope of their duties.

## CAUSES OF ACTION

1. Denial of Due Process. By installing the sewer line before commencing an imminent domain proceeding, the Defendants took private property for a public purpose without due process of law, in violation of the Fifth and Fourteenth Amendments to the U.S. Constitution.

2. Malicious Prosecution. By deliberately installing the sewer line across Plaintiff's property when reasonable alternatives were available without the need for litigation, the Defendants engaged in malicious prosecution and abuse of process, and denied the Plaintiff the equal protection of the laws, in violation of the Fourteenth Amendment to the U.S. Constitution.

3. Retaliatory Prosecution. By deliberately installing the sewer line across the Plaintiff's property in consequence of his vocal opposition to the Defendants' activities as municipal officers, the Defendants denied the Plaintiff his right to free speech, in violation of the First Amendment to the U.S. Constitution.

5

## DAMAGES

1. The Defendants have deprived the Plaintiff of the peaceful enjoyment of his property, for which he has been damaged in the sum of $50,000.00.

2. The Defendants have deprived the Plaintiff of his rights as guaranteed under the First, Fifth, and Fourteenth Amendments to the U.S. Constitution, for which he has been damaged in the sum of $150,000.00.

3. The continuous strain placed on the Plaintiff by the Defendants malicious prosecution and harassment over an extended period of time has ruined the Plaintiff's health, for which he has been damaged in the sum of $300,000.00.

## PRAYER FOR RELIEF

WHEREFORE Petitioner prays the Court grant relief, in that the Court:

1. Find the Defendants liable under 42 U.S.C. §1983 for denying the Plaintiff due process of law, as guaranteed by the Fifth and Fourteenth Amendments to the U.S. Constitution;

2. Find the Defendants liable under 42 U.S.C. §1983 for engaging in malicious prosecution against the Plaintiff, in violation of the Fourteenth Amendment to the U.S. Constitution;

3. Find the Defendants liable under 42 U.S.C. §1983 for engaging in retaliatory prosecution against the Plaintiff, in violation of the First Amendment to the U.S. Constitution;

4. Award damages in the sum of $500,000.00; and

5. Grant such other relief as the Court shall deem just and proper.

6

## REQUEST FOR JURY TRIAL

Plaintiff requests that the above-entitled matter be tried before a jury.

DATED this 24th day of January, 2008.

_____
Michael L. Humiston
Attorney for Plaintiff

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John Burke

**DEFENDANTS**
Nancy Woodside, Harvey E. Worley, George Bench, Rusty Bench, Lee R. Sorensen, Chad Johnson, Spencer Swapp, David Nuttall

(b) County of Residence of First Listed Plaintiff: **Sanpete**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Sanpete**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
U.S. DISTRICT COURT
2008 JAN 24 P 4:34
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael L. Humiston, P.O. Box 486, Heber City, Utah 84032
(435) 654-1152

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §1983, FIRST, FIFTH, FOURTEENTH AMENDMENTS

Brief description of cause:
CIVIL RIGHTS ACTION FOR MALICIOUS/RETALIATORY PROSECUTION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 1/24/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____

Case: 2:08cv00069
Assigned To : Benson, Dee
Assign. Date : 1/24/2008
Description: Burke v Woodside et al